ROSALIE M. ROSEN, Respondent, v. STANLEY M. GOLDBERG, Appellant.— GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J.